No. 15,846.

WEAR *v.* BAUGHMAN.
(195 P. [2d] 742)

Decided June 21, 1948.

PER CURIAM.

Judgment affirmed en banc without written opinion, MR. JUSTICE HAYS not participating.

Mr. CHALKLEY A. WILSON, for plaintiff in error.

Messrs. CHUTKOW & ATLER, Mr. MENDEL BERENBAUM, Mr. V. H. JOHNSON, for defendant in error.